NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUEST LICENSING CORPORATION,**
*Plaintiff-Appellant*

**v.**

**BLOOMBERG LP, BLOOMBERG FINANCE LP, INTERACTIVE DATA CORPORATION, THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC.,**
*Defendants-Appellees*

---

2017-1561

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:14-cv-00561-GMS, 1:14-cv-00562-GMS, 1:14-cv-00563-GMS, 1:14-cv-00564-GMS, 1:14-cv-00727-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

ALFRED ROSS FABRICANT, Brown Rudnick, LLP, New York, NY, argued for plaintiff-appellant.  Also represented by LAWRENCE C. DRUCKER, PETER LAMBRIANAKOS, VINCENT J. RUBINO, III.

EDWARD POPLAWSKI, Wilson, Sonsini, Goodrich & Rosati, P.C., Los Angeles, CA, argued for all defendants-appellees. Defendants-appellees Bloomberg LP, Bloomberg Finance LP, The Charles Schwab Corporation, Charles Schwab & Co. Inc. also represented by OLIVIA M. KIM; MICHAEL BRETT LEVIN, Palo Alto, CA; ADAM WILLIAM BURROWBRIDGE, Washington, DC.

ROBERT MALLIN, Brinks Gilson & Lione, Chicago, IL, for defendant-appellee Interactive Data Corporation. Also represented by JAFON FEARSON, JAMES ROBERT SOBIERAJ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 8, 2018           /s/ Peter R. Marksteiner
     Date               Peter R. Marksteiner
                        Clerk of Court